ANDERSON AVENUE CORPORATION *v.* PLANNING AND
ZONING BOARD OF THE CITY OF MILFORD

The defendant's petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Leo P. Carroll,* in support of the petition.
*Mark A. Rubenstein,* in opposition.

Submitted September 27—decided October 6, 1976

JOHN M. LYONS ET AL. *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF MADISON ET AL.

The petition by the plaintiffs R. Freeman Butts et al. for certification for appeal from the Court of Common Pleas in New Haven County is granted.

*John A. Oliva,* in support of the petition.
*Marshall N. Dudley* and *Philip N. Costello, Jr.,* in opposition.

Submitted September 27—decided October 6, 1976

SAMUEL F. BELL, TRUSTEE *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF WESTPORT

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is granted.

*Alan H. Senie,* in support of the petition.
*Keith D. Dunnigan,* in opposition.

Submitted September 30—decided October 6, 1976